**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **MINA SAAD,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-2249-R** |
| | ) | |
| **FRED FIGUEROA, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

**ORDER**

Challenging his detention by Immigration and Customs Enforcement, Petitioner, Mr. Mina Saad, seeks release from detention or a prompt bond hearing from this Court through a writ of habeas corpus under 28 U.S.C. § 2241. [Doc. No. 1]. The Court referred Mr. Grau-Silva's petition to United States Magistrate Judge Amanda L. Maxfield, who recommended that the Court grant in part the Petition and order a bond hearing pursuant to 8 U.S.C § 1226(a). [Doc. No. 11]. Respondents objected [Doc. No. 12], so the Court will review de novo those portions of the Report to which they specifically object.[1] 28 U.S.C. § 636(b)(1); FED R. CIV. P. 72(b)(3).

Respondents object to the R&R but acknowledge that *Santillan Quiroz v. Mullin*, 180 F.4th 1226 (10th Cir. 2026) controls this matter.[2] The Court agrees with Judge Maxfield's finding that Mr. Saad's detention is pursuant to § 1226(a). The Court further

---

[1] Petitioner did not Object.

[2] Respondents state they do not waive their argument that Petitioner is detained under 8 U.S.C. § 1225(b)(2)(A) and thus is not entitled to a bond hearing. Doc. No. 12.

agrees that the proper remedy is an individualized bond hearing under § 1226(a). *See id.* at 1251 n.13 ("Because Santillan Quiroz can properly be subject to detention under § 1226(a), though, the district court shall order the Government to, within seven days of such order, either provide him with a bond hearing or else release him.").

Respondents further state they do not object to Judge Maxfield's recommendation that the Court refrain from considering Mr. Saad's other claims for relief. Mr. Saad has not objected to this finding either, and the Court agrees. It will not address his other claims.

Accordingly, the Court ADOPTS Judge Maxfield's Report and Recommendation, GRANTS in PART the Petition for a Writ of Habeas Corpus [Doc. No. 1] and ORDERS Respondents to provide Petitioner with a lawful bond hearing pursuant to § 1226(a) within seven days of the date of this order or otherwise release him if he has not received such a hearing within that period. Respondents shall certify their compliance with this Order.

IT IS SO ORDERED this 6th day of November, 2026.

**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**